IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-483-D-RN

| | |
|---|---|
| SHENZHEN RUOBILIN NETWORK TECHNOLOGY CO., LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHANNELADVISOR CORP. and CHANNELADVISOR HONG KONG LTD., <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Shenzhen Ruobilin Network Technology Co., Ltd. ("Plaintiff") hereby dismisses all causes of action in the complaint against Defendants ChannelAdvisor Corp. and ChannelAdvisor Hong Kong Ltd. ("Defendants") without prejudice by filing this notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: January 4, 2023

*/s/ Deepali Brahmbhatt*
Deepali Brahmbhatt (Cal. Bar No. 255646)
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
dbrahmbhatt@devlinlawfirm.com
Telephone: (302) 449-9010

*Attorney for Plaintiff*

Gary W. Jackson (N.C. Bar No. 13976)

Christopher Bagley (N.C. Bar No. 50567)
Law Offices of James Scott Farrin
555 S. Mangum St., Suite 800
Durham, NC 27701
Telephone: (919) 688-4991
Facsimile: (919) 281-2395
gjackson@farrin.com
cbagley@farrin.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff*